# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                                      **CASE NO.:  2:10-CR-337**
                                                   **JUDGE SMITH**
                                                   **MAGISTRATE JUDGE KEMP**

**JIMMY LEE SCHUMACHER,**

    **Defendant.**

## ORDER

On March 22, 2011, the Magistrate Judge issued an Amended Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant's guilty plea to Count One of the Indictment charging him with failure to register as a sex offender, in violation of 18 U.S.C. §2250(a).  Defendant, represented by counsel, waived his right to appear on the matter before a District Judge.  The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure.  Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure.  Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Defendant's plea of guilty to Count One of the Indictment. Defendant is hereby adjudged guilty of failure to register as a sex offender.

**IT IS SO ORDERED.**

           */s/ George C. Smith*
           **GEORGE C. SMITH, JUDGE**
           **UNITED STATES DISTRICT COURT**